**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **WANDA F. BLANEY, *ET AL.*,** ) | |
| Plaintiffs, ) | Civil Action No. 7:13cv333 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | By: Samuel G. Wilson |
| **BENEFICIAL FINANCIAL I, INC.,** ) | United States District Judge |
| Defendant. ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendant's Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c) (Docket Item No. 17) is **GRANTED** and the Clerk's Entry of Default as to the defendant (Docket Item No. 9) is **SET ASIDE**. Further, the plaintiffs' Motion for Default Judgment under Fed. R. Civ. P. 55(b) (Docket Item No. 21) is **DENIED AS MOOT**.

**ENTER:** This 8th day of January, 2014.

    __s/ Samuel G. Wilson_____
    UNITED STATES DISTRICT JUDGE